DATE: May 4, 2011

TO: The Honorable William D. Quarles
U.S. District Judge

FROM: Andra Eksteins-Tuffy
U.S. Probation Officer

SUBJECT: BONTEMPO, Robert
Docket No.: 09CR00193
Supervised Release Expiration Date: September 3, 2012

SUBJ: **REQUEST FOR EARLY TERMINATION**

The purpose of this memorandum is to respectfully request Your Honor to consider granting Robert Bontempo an early termination from supervision. Pursuant to 18 U.S.C. §§ 3564 (c) and 3583 (e)(1), courts are permitted to terminate probation in misdemeanor cases at any time and to terminate supervised release or probation in felony cases after one year, if such action is warranted.

On September 4, 2009, Mr. Bontempo appeared before the Honorable William D. Quarles, U.S. District Judge for sentencing on the charge of Hiring Illegal Aliens. Mr. Bontempo was sentenced to probation for a period of thirty-six (36) months. The term of supervision included the following additional conditions:

The defendant shall reside for a period of six (6) months in a Residential Reentry Center, Halfway House, or similar residential facility as directed by the probation officer and shall observe the rules of that facility. The defendant shall provide the probation officer with access to any requested financial information.

While under supervision, Mr. Bontempo has complied with all standard and additional conditions. He has continued his business and has made amends with the IRS on any past outstanding balances. He works hard and has provided employment opportunities to many in the community. In addition, Mr. Bontempo has maintained a stable residence with Rebecca Bontempo, his wife and their children at 25 Bancroft Avenue; Annapolis, MD 21403. He appears to be living a legal and upstanding life in the community. Our last personal contact with Mr. Bontempo was on February 8, 2011.

A criminal record check was completed on March 10, 2011. The record check as well as collateral and personal contacts indicate that Mr. Bontempo is leading a crime free lifestyle. We have identified no individual or public safety risks, and there has been no indication of violence while on supervision. He has successfully completed over half of his term of supervision.

Pursuant to Rule 32.1(c) of the Federal Rules of Criminal Procedure, the Office of the U. S. Attorney has been given this favorable modification 5 business days prior to submission to the Court, providing it an opportunity to comment upon the proposed action.

I respectfully recommend Your Honor grant this request for early termination of supervision and indicate your preference below. If you have any questions, please contact me at (410) 962-0955.

Enclosures

_____  Approve early termination (Please sign the attached order)

\_\_\_\_✓_____  Schedule an early termination hearing

_____  Disapprove early termination

_____    \_\_\_5/31/11_____
The Honorable William D. Quarles            Date
U.S. District Judge